Case 1:20-cv-04534-RA   Document 25   Filed 12/04/20   Page 1 of 1

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORIBERTO VILLALVA ESTRADA, *individually and on behalf of all other employees similarly situated*,

            Plaintiff,

v.

1569 LEX LLC. *doing business as* AU JUS, PATRICK GRIFFIN, PHILIP BOZZO and IGNACIO DOE,

            Defendants.

No. 20-CV-4534 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On November 13, 2020, the Court directed the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Gorenstein, and to inform the Court within two weeks as to whether they are willing. *See* Dkt. 24. The parties have not done so. No later than December 11, 2020, the parties shall advise the Court whether or not they so consent, but without disclosing the identity of the party or parties who do not consent. No adverse consequences will result from the withholding of that consent.

    If the parties do not consent to conducting all further proceedings before Magistrate Judge Gorenstein, the case will be referred by separate order only for general pretrial management.

SO ORDERED.

Dated:    December 4, 2020
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge