# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
sisaacson@faillacelaw.com

February 12, 2021

**VIA ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

　　　　　　　　　　Re:　Villalva Estrada et al v. 1569 Lex LLC et al
　　　　　　　　　　　　**20-cv-04534**

Dear Judge Gorenstein:

　　　We represent the Plaintiff in the above referenced matter. We write, jointly with Defense counsel, to respectfully request the settlement conference schedule for February 16, 2021 be adjourned *Sine Die*. The parties have agreed to a settlement in principal and intend on filing a rule 68 offer and acceptance within the next week. Therefore, we respectfully request the settlement conference schedule for February 16, 2021 be adjourned *Sine Die*.

　　　　　　　　　　　　　　　　　　MICHAEL FAILLACE & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　By:　*/s/ Gennadiy Naydenskiy*
　　　　　　　　　　　　　　　　　　　　　Gennadiy Naydenskiy
　　　　　　　　　　　　　　　　　　　　　gnaydenskiy@faillacelaw.com
　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 4510
　　　　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　　　Tel. No.: (212) 317-1200
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*