UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FLORIBERTO VILLALVA ESTRADA,     Case No.: 1:20-cv-04534
*individually and on behalf of others similarly situated,*

                            *Plaintiff,*     **FED.R.CIV.P. RULE 68 ORDER**

           -*against*-

1569 LEX LLC (D/B/A AU JUS), PATRICK GRIFFIN, PHILIP BOZZO, and IGNACIO DOE,

                            *Defendants.*
-----------------------------------------------------------------X

       Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants 1569 Lex LLC (d/b/a Au Jus), Patrick Griffin, Philip Bozzo and Ignacio Mexquititla (incorrectly sued herein as "Ignacio Doe") (collectively, the "Defendants") having offered to allow Plaintiff Floriberto Villalva Estrada (the "Plaintiff") to take a judgment against the Defendants in this action for the total sum of $22,500.00, which includes reasonable attorneys' fees, expenses, and costs to the date of this offer for Plaintiff's federal claims; on February __, 2021, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

       ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $22,500.00 as against Defendants.

       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: February _____, 2021
          New York, New York

                                                     SO ORDERED:

                                                      _____
                                                      Hon. District Judge Ronnie Abrams